1  Elizabeth Rojas
   15060 Ventura Blvd.
2  Suite 240
   Sherman Oaks, CA  91403
3  Telephone:    (818) 933-5700
   Facsimile:    (818) 933-5755
4

5              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
6              SAN FERNANDO VALLEY DIVISION

7  IN RE:                              )    CHAPTER 13
                                       )    CASE NO. SV11-17020-VK
8  Leonarda G Aguilar                  )
                                       )    **TRUSTEE'S NOTICE OF MOTION AND**
9                                      )    **MOTION FOR ORDER DISMISSING**
                                       )    **CHAPTER 13 PROCEEDING**
10                                     )    **(11 U.S.C. - 1307 (C))**
                                       )
11                                     )
                                       )
12                      DEBTOR         )

13      Please take notice that the Trustee herein moves for an order dismissing this proceeding on or after
    April 01, 2012 based on the review of the records of the Trustee, the Debtor's delinquency amounts to
14  $25,350.00.   In addition, Debtor must pay any subsequent plan payment that comes due after the date of
    this notice.   A motion to modify/suspend plan payments is not responsive to this motion.   This motion is
15  based on the following grounds:    Material default by the Debtor with respect to the term of the
    confirmed plan by failing to make payments according to the plan (11 U.S.C. 1307 (C) (6)).   Delinquent
16  plan payments must be mailed to:    CHAPTER 13 TRUSTEE, PO BOX 512566, LOS ANGELES, CA
    90051-0566.
17
    This motion may be granted without a hearing pursuant to 11 U.S.C. 102(1) and Local Bankruptcy
18  Rule 3015-1(w). Any party of interest who wishes to oppose the motion must obtain a hearing date from
    the courtroom deputy and must serve and file opposition papers on the trustee within fourteen (14) days
19  of the date of service. Failure to comply with these provisions will result in the dismissal of the case.

20

21

22
                                                    *Elizabeth J Rojas*
23  DATED: March 15, 2012              _____

                                       Elizabeth Rojas
24                                     Chapter 13 Standing Trustee

25

26

27

28

## PROOF OF SERVICE

1

2       I declare that I am the duly appointed, qualified and acting Chapter 13 Standing Trustee in this case.
I declare under penalty of perjury that the foregoing is true and correct to the best of my information and
3   belief.  Executed at Sherman Oaks, California, on March 15, 2012.

4

5   *Elizabeth F Rojas*
    _____
6   Elizabeth Rojas, Trustee

7       I declare under penalty of perjury that I am employed by Elizabeth Rojas, Chapter 13 Standing
Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to
8   the above action and that on March 15, 2012 I mailed and/or electronic copies were served to:

9

10  Leonarda G Aguilar                          TODD J ROBERTS & ASSOCIATES
    13781 Eldridge Avenue                       16601 VENTURA BLVD
    Sylmar, CA  91342                           4TH FLOOR
11                                              ENCINO, CA  91436

12

13  Executed at Sherman Oaks, California on March 15, 2012.

14

15  *Gisele Dorsey*

16  _____
    Gisele Dorsey

17

18

19

20

21

22

23

24

25

26

27

28