**United States Bankruptcy Court**
**Central District Of California**

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Leonarda G Aguilar

**BANKRUPTCY NO.** 1:11−bk−17020−VK

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−1522
Employer Tax−Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 6/6/13

**Address:**
1745 E. Ocean Blvd #15
Long Beach, CA 90802

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)    debtor's bankruptcy case is dismissed; and
(2)    the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: June 6, 2013

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13d VAN−153) Rev. 03/09

**78 − 72 / SBG**